JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY J. SWINK,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 2:25-cv-10077-PA-AJR<br>Honorable Percy Anderson<br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice, DOES HEREBY ORDER that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 10, 2026

PERCY ANDERSON
United States District Judge